Eleanor A. DuBay, WSBA #45828  
Tomasi Salyer Martin  
121 SW Morrison Street, Suite 1850  
Portland, Oregon 97204  
Telephone: (503) 894-9900  
Email: edubay@tomasilegal.com  

Judge: Christopher M. Alston  
Chapter: 13  
Location: Seattle  
Hearing Date: November 8, 2018  
Hearing Time: 9:30 a.m.

Attorneys for 21st Mortgage Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

In re

JACK C. CRAMER, JR.,

Debtor.

Case No. 18-13383-CMA

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

21st Mortgage Corporation ("21st"), by and through counsel, hereby objects to confirmation of the Debtor's Chapter 13 Plan dated September 13, 2018 (the "Plan"). In support of its objection, 21st states the following:

**I. BACKGROUND**

21st is a creditor of Debtor having a claim in the total amount of $40,710.68, plus interest at the fixed rate of 12.0% per annum, which claim is secured by a judgment lien on Debtor's real property. 21st's claim arises out of a Judgment for Money Owed entered in King County Superior Court Case No. 15-2-21512-4 SEA on July 14, 2016 against Debtor and in favor of 21st, which Judgment was recorded on August 2, 2016 in the King County, Washington records under Auditor's File No. 20160802000179. Contemporaneously herewith 21st has filed a Proof of Claim setting forth the total amount due under the Judgment.

A Writ of Execution to the King County Sheriff for the sale of Debtor's real property commonly known as 15605 63rd Ave. NE, Kenmore, WA 98028 (the "Property") was

Page 1 – OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN  
21ST-F74\00429528.000

*TOMASI SALYER MARTIN*  
121 SW Morrison Street, Suite 1850  
Portland, Oregon 97204  
Telephone: (503) 894-9900  
Facsimile: (971) 544-7236

Case 18-13383-CMA    Doc 20    Filed 10/15/18    Ent. 10/15/18 14:19:41    Pg. 1 of 3

recorded on May 22, 2018 in the King County, Washington records under Auditor's File No. 20180522001540.  On May 22, 2018, the King County Sheriff levied the Property and issued a Notice of Sale of Real Property.  The execution sale was scheduled for August 31, 2018, two days prior to Debtor filing this proceeding.

## II. OBJECTION AND ARGUMENT

21st objects to the Plan as it is not feasible and fails to provide certain information.  The Plan currently provides for a monthly payment to the Trustee of $3,000, which greatly exceeds the Debtor's net income set forth in Schedule J [Doc 10].  Further, the Plan does not specify how the Plan payments will be distributed.  The Plan merely proposes that the Debtor will obtain a reverse mortgage within the next 60 days and that the Debtor will "pay off 100% of my debts."  Debtor cannot provide any assurances that the Property can be refinanced within 60 days nor does the Plan make any provision if the Debtor fails to obtain the reverse mortgage.  Moreover, there appear to be significant discrepancies in Debtor's schedules, namely the failure of Debtor to include certain debts, Debtor's mischaracterization of debts, and Debtor's inconsistent statements of the Property's value, which make Debtor's proposed refinance doubtful.  Finally, it appears that the sole reason Debtor filed this Chapter 13 bankruptcy was to prevent the lawful execution sale of the Property.  Since the proposed Plan is not feasible, it is clear that Debtor does not, in good faith, want to repay and reorganize his debts.

WHEREFORE, 21st objects to confirmation of the Debtor's Chapter 13 Plan for the reasons set forth herein.

Dated:  October 15, 2018.

TOMASI SALYER MARTIN

By: /s/ Eleanor A. DuBay
Eleanor A. DuBay, WSBA #45828
(503) 894-9900
edubay@tomasilegal.com
Of Attorneys for 21st Mortgage Corporation

Page 2 – OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
21ST-F74\00429528.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 18-13383-CMA    Doc 20    Filed 10/15/18    Ent. 10/15/18 14:19:41    Pg. 2 of 3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 15, 2018, I served the foregoing **OBJECTION** |
| 3 | **TO CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by electronic |
| 4 | notification via CM/ECF as follows: |

        Jason Wilson-Aguilar courtmail@seattlech13.com
        United States Trustee  USTPRegion18.SE.ECF@usdoj.gov

The parties listed below will be served via First Class Mail to their last known address(es):

        Jack Carlton Cramer, Jr.
        15605 63rd Ave. NE
        Kenmore, WA 98028
          *Debtor, pro se*

Dated: October 15, 2018.

                                  TOMASI SALYER MARTIN

                                  By: /s/ Eleanor A. DuBay
                                      Eleanor A. DuBay, WSBA #45828
                                      (503) 894-9900
                                      edubay@tomasilegal.com
                                      Of Attorneys for 21st Mortgage
                                      Corporation

CERTIFICATE OF SERVICE
21ST-F74\00429528.000

*TOMASI SALYER MARTIN*
121 SW Morrison Street, Suite 1850
Portland, Oregon 97204
Telephone: (503) 894-9900
Facsimile: (971) 544-7236

Case 18-13383-CMA    Doc 20    Filed 10/15/18    Ent. 10/15/18 14:19:41    Pg. 3 of 3