**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JACK CARLTON CRAMER, JR.,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 18-13383-CMA

ORDER CONVERTING CASE TO A
CHAPTER 7 CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's Motion to Convert Chapter 13 case to a Chapter 7 case (ECF No. 27), and the objection to that motion filed by 21st Mortgage Corporation (ECF No. 34). For the reasons stated by the Court at the December 13, 2018 hearing, it is

ORDERED that:

1)     This case is converted to a case under Chapter 7 of the U.S. Bankruptcy Code; and

2)     The conversion fee is waived.

/ / /End of Order/ / /

Presented by:

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER CONVERTING CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282