Hon. Christopher Alston
Chapter 7
Seattle

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **In re:** | **Case No.: 18-13383-CMA** |
| **Jack Carlton Cramer, Jr** | **Chapter 7** |
| **Debtor.** | **CREDITOR'S WITHDRAWAL OF PROOF OF CLAIM #7** |

Creditor BOEING EMPLOYEES' CREDIT UNION ("BECU"), hereby withdraws its Proof of Claim #7 filed on January 25, 2019 in the amount of $775.52 as it was a filed under chapter 13 BK.

DATED this _*25th*_ day of January, 2019.

BOEING EMPLOYEES' CREDIT UNION

By: ___*/s/ Michelle Logsdon*_____
Michelle Logsdon
Bankruptcy Management Officer for BECU

CREDITOR'S WITHDRAWAL OF PROOF OF CLAIM

BECU Bankruptcy Department
PO Box 97050, MS 1155-2
Seattle, WA 98124-9750
Telephone: 206-439-5987  Fax: 206-835-8044