Entered on Docket January 31, 2019

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Judge: Christopher M. Alston
Chapter: 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In Re:** | **No. 18-13383-CMA** |
| **JACK CARLTON CRAMER, Jr. and** | *EX PARTE* **ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY FOR TRUSTEE** |
| **Debtor(s).** | |

This matter, having come on for hearing *ex parte* before the Court upon the trustee's application to employ Rory Livesey and the Livesey Law Firm, as Attorney for Trustee for the above-captioned bankruptcy estate, and it appearing that no notice of hearing is required and that no adverse interests are apparent, that such employment is necessary and would be in the best interest of the estate, it is hereby

ORDERED that Edmund J. Wood, the chapter 7 trustee herein, is authorized to employ Rory Livesey and the Livesey Law Firm pursuant to 11 U.S.C. §327 & §330 on the terms and conditions more fully set forth in the trustee's *ex parte* application as of the date this application and order are submitted to the office of the United States Trustee, with all compensation subject to Court approval after notice and a hearing.

/// **End of Order** ///

ORDER AUTHORIZING EMPLOYMENT OF RORY
LIVESEY AND THE LIVESEY LAW FIRM

Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

**Below is the Order of the Court.**

Presented by:

   */s/   Edmund Wood*
Edmund J. Wood, WSBA # 03695
Chapter 7 Trustee

Livesey - Ord to Hire

ORDER AUTHORIZING EMPLOYMENT OF RORY
LIVESEY AND THE LIVESEY LAW FIRM

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382