FILED
2019 MAR 29 AM 8:40
M. L. H... CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY _____ DEP. CLK.

Judge: The Honorable Christopher M. Alston
Chapter: 7

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK CARLTON CRAMER, JR, <br><br> Debtor, | No. 18-13383-CMA <br><br> **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CASE** |

COMES NOW the Debtor, JACK CARLTON CRAMER, JR and asks the Court for immediate entry of an Order dismissing this case, for cause under 11 U.S.C. § 707(a). I no longer need bankruptcy protection and no creditor will be prejudiced by this case's immediate dismissal.

DATED this 28th day of March 2019.

By: _/s/ Jack Carlton Cramer Jr_
JACK CARLTON CRAMER, JR

### DECLARATION OF JACK CARLTON CRAMER, JR

I, Jack Carlton Cramer, Jr, am over the age of 18, am the Debtor in this case, and

state the following based upon my own personal knowledge:

1. I am no longer in need of the protection of the bankruptcy automatic stay, and so I wish to voluntarily dismiss my case.

2. No creditor will be prejudiced by my dismissing this bankruptcy; In fact, the primary creditor who has been threatening to sell my property to satisfy their lien, 21st Mortgage Corporation, objected to the conversion of this case to a Chapter 7, and will be paid in full by the method that I have arranged that will also pay off the IRS and all of my other debts once this bankruptcy is dismissed: A reverse mortgage on my home.

3. I am 75 years old and have over 50% equity in my home, which is essentially my only asset. I am qualified for a reverse mortgage on that home as a result of my age and that equity.

4. The total debt against my property is:

| | |
|---|---|
| Judgment Liens: | $ 40,710.68; |
| IRS: | $ 55,514.39; |
| Property Taxes: | $ 22,148.09; |
| Total: | **$118,373.16** |

5. The King County Assessed value for my home is $563,000.00 for 2018. Fair Market Value is generally about 15% above assessed value historically, so the FMV of my home is close to $647,000.00.

6. Using $647,000.00 as my FMV, I have 80% equity in my home, and am unwilling to allow the trustee to seize my home, sell it to receive his kickback of a percentage of the sale price and to line the pockets of his real estate broker who will receive a 6% commission on the sale.

7. Good cause is established for this dismissal under 11 U.S.C. § 707(a).

DEBTOR'S MOTION FOR
VOLUNTARY DISMISSAL OF CASE                     Jack C. Cramer, Jr.
2 of 3                                          425-354-0987

The foregoing is true and correct to the best of my knowledge and belief under penalty of perjury under the laws of the State of Washington.

Dated this 28th day of March 2019.

By: *(signature)*
JACK CARLTON CRAMER, JR

**DEBTOR'S MOTION FOR**
**VOLUNTARY DISMISSAL OF CASE**
3 of 3

Jack C. Cramer, Jr.
425-354-0987

Case 18-13383-CMA    Doc 67    Filed 03/29/19    Ent. 04/01/19 13:26:35    Pg. 3 of 3