Sameer M. Alifarag
Law Clerk to the Hon. Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

April 1, 2019

<u>**Via U.S. Mail**</u>

Jack Carlton Cramer, Jr.
15605 63rd Avenue NE
Kenmore, WA 98028

Re: *In re Cramer, Jr.*, Case No. 18-13383-CMA

Dear Mr. Cramer, Jr.:

The Court received your Motion for Voluntary Dismissal of Case filed on March 29, 2019, which was put on the Court's docket [ECF No. 67]. However, your motion is not noted for hearing in accordance with the Court's local rules and is therefore not properly before the Judge. Before the Judge will take any action on your motion, you must note the motion on available motion calendar, provide proper notice, and file a proof of service of the motion, in accordance with Local Bankruptcy Rule 9013-1. The motion must be served on the United States Trustee, and all creditors and additional parties in interest. You can view the Court's local rules and determine available calendar dates on the Court's website at www.wawb.uscourts.gov.

Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having ex parte contact with a party concerning matters that may come before it. The court staff is barred from giving you any legal advice in this matter. The Court's records show you are unrepresented in this case. I strongly suggest that you contact an attorney to assist you in this matter.

Sincerely,

Sameer M. Alifarag
Law Clerk to the Honorable Christopher M. Alston