Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Honorable Christopher M. Alston
April 5, 2019; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., | |
| | ORDER DIRECTING DEBTOR TO |
| Debtor(s). | TURN OVER PROPERTY OF THE ESTATE |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the Trustee's Motion for an Order Directing Debtor to Turn Over Property of the Estate, the court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, the court finding that the property of the estate located at 15605 - 63rd Avenue N.E., Kenmore, Washington 98028, is property of the estate controlled by the debtor, that the property can be sold by the trustee pursuant to Section 363 of the Bankruptcy Code, and that the property has more than inconsequential value or benefit to the estate, now, therefore, it is hereby

ORDERED that the debtor, Jack C. Cramer, Jr., shall surrender custody and control of the residence to the trustee, Edmund J. Wood, and vacate the property within twenty-one (21) days of the date of this order

**ORDER DIRECTING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE**
190314bOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1  IT IS HEREBY FURTHER ORDERED that should the debtor fail to vacate the property timely, the trustee may request entry of an order directing the debtor to appear before this court and show cause why he should not be held in contempt or such other remedies that the court deems appropriate.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER DIRECTING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE**
190314bOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 70    Filed 04/09/19    Ent. 04/09/19 12:08:00    Pg. 2 of 2