| | |
|---|---|
| Judge: | Honorable Christopher M. Alston |
| Chapter: | 7 |
| Hearing Location: | U.S. Courthouse Room 7206<br>700 Stewart Street<br>Seattle, WA 98101 |
| Hearing Date/Time: | This motion is not noted for hearing unless oral argument is requested by the court.<br>LBR 9013-1(h) |
| Response: | Respond only if a response is requested by the court.<br>LBR 9013-1(h) |

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re:<br><br>JACK CARLTON CRAMER JR.,<br><br>                    Debtor. | **Case No. 18-13383**<br><br>DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER ENTERED APRIL 9, 2019, DIRECTING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE |

**COMES NOW** the debtor, Jack Carlton Cramer Jr., by and through his attorney Helmut Kah, and hereby moves this court for an order reconsidering and setting aside the order entered on April 9, 2019, which provides as follows:

> ORDERED that the debtor, Jack C. Cramer, Jr., shall surrender custody and control of the residence to the trustee, Edmund J. Wood, and vacate the property within twenty-one (21) days of the date of this order.
>
> IT IS HEREBY FURTHER ORDERED that should the debtor fail to vacate the property timely, the trustee may request entry of an order directing the debtor to appear before this court and show cause why he should not be held in contempt or such other remedies that the court deems appropriate.

This motion is based upon the files and records herein and the accompanying declaration of the debtor Jack Carlton Cramer Jr.

MOTION FOR RECONSIDERATION OF ORDER ENTERED APRIL 9, 2019
DIRECTING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE
Page 1 of 2

**HELMUT KAH,** Attorney at Law
20205 144th Ave NE, Suite 208
Woodinville, WA 98072-4451
206-234-7798
helmutkah@outlook.com
WSBA # 18541

Case 18-13383-CMA    Doc 73    Filed 04/23/19    Ent. 04/23/19 23:57:20    Pg. 1 of 2

**Respectfully Submitted** this 23rd day of April, 2019.

/s/ Helmut Kah
Helmut Kah, WSBA # 18541
Attorney for the debtor

MOTION FOR RECONSIDERATION OF ORDER ENTERED APRIL 9, 2019
DIRECTING DEBTOR TO TURN OVER PROPERTY OF THE ESTATE
Page 2 of 2

**HELMUT KAH,** Attorney at Law
20205 144th Ave NE, Suite 208
Woodinville, WA 98072-4451
206-234-7798
helmutkah@outlook.com
WSBA # 18541