IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., | |
| | DECLARATION OF |
| Debtor(s). | MAILING |

I, Patricia K. Johnson, declare and state as follows:

1. I am a citizen of the United States, over the age of 21 years, not an interested party in the above-entitled matter and am competent to be a witness.

2. On the 14th day of February, 2020, I caused to be mailed by first class mail, postage prepaid, a copy of the (1) Notice of Trustee's Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances, (2) Trustee's Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances, (3) proposed Order of Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances and (4) Declaration of Rory C. Livesey in Support of Trustee's Motion for Sale of Real Property of the Estate to the following parties at their respective addresses:

>King County Finance Division
>600 King County Administration Building
>500 Fourth Avenue
>Seattle, WA 98104

>Financial Pacific Company
>c/o Corporation Service Company,
>   Registered Agent
>300 Deschutes Way S.W., Suite 304
>Tumwater, WA 98501

**DECLARATION OF MAILING**
191211fDec    Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 96    Filed 02/14/20    Ent. 02/14/20 09:46:48    Pg. 1 of 3

| | | |
|---|---|---|
| 1 | | Djenita Svinjar<br>Fidelity National Title Group |
| 2 | | 2533 North 117th Avenue<br>Omaha, NE 68164 |
| 3 | | |
| 4 | | Residential Funding Company LLC<br>c/o Corporation Service Company<br>300 Deschutes Way S.W., Suite 304 |
| 5 | | Tumwater, WA 98501 |
| 6 | | Norman Maas, P.S. Pension Fund<br>c/o Norman Maas, Registered Agent |
| 7 | | 6555 N.E. 181st Street<br>Kenmore, WA 98028 |
| 8 | | |
| 9 | | Norman Maas, P.S. Pension Fund<br>c/o Norman Maas, Registered Agent<br>P. O. Box 82366 |
| 10 | | Kenmore, WA 98028-0366 |
| 11 | | District Director<br>Internal Revenue Service |
| 12 | | Special Procedures Section<br>Jackson Federal Building |
| 13 | | 915 Second Avenue, M/S 244<br>Seattle, WA 98174 |
| 14 | | |
| 15 | | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| 16 | | |
| 17 | | State of Washington<br>c/o Office of the Attorney General<br>800 Fifth Avenue, Suite 2000 |
| 18 | | Seattle, WA 98104 |
| 19 | 3. | On the 14th day of February, 2020, I caused to be mailed by first class mail, postage |
| 20 | prepaid, a copy of the Notice of Trustee's Motion for Sale of Real Property of the Estate Free and | |
| 21 | Clear of Liens and Encumbrances to the following parties at their respective addresses: | |
| 22 | Occupant<br>15605 - 63rd Avenue N.E. | |
| 23 | Kenmore, WA 98028 | |

**DECLARATION OF MAILING**
191211fDec   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA   Doc 96   Filed 02/14/20   Ent. 02/14/20 09:46:48   Pg. 2 of 3

1    I declare under penalty of perjury that the foregoing is true and correct.

2    DATED this 14th day of February, 2020.

3

4                       /S/ *Patricia K. Johnson*

5                       Patricia K. Johnson
                          Legal Assistant to Rory C. Livesey,
6                       Attorney for Edmund J. Wood, Trustee

**DECLARATION OF MAILING**
191211fDec   Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA   Doc 96   Filed 02/14/20   Ent. 02/14/20 09:46:48   Pg. 3 of 3