Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JACK CARLTON CRAMER JR.,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 18-13383<br><br>STIPULATED MOTION FOR AN<br>ORDER DECLARING DEED OF<br>TRUST UNENFORCEABLE |

COME NOW 21st Mortgage Corporation ("21st Mortgage"), through counsel, Tomasi Salyer Martin, and Eleanor A. DuBay, and the duly appointed trustee, Edmund J. Wood, through counsel, The Livesey Law Firm, and Rory C. Livesey, and stipulate as follows:

21st Mortgage is the beneficiary of that deed of trust dated December 22, 2000, and recorded in the records of King County, Washington on December 28, 2000, under recording number 20001228001193 against the real property of the estate located at 15605 - 63rd Avenue N.E., Kenmore, Washington 98028, and legally described as

> Lot 1 in Block 3 of Inglewoods No. 2, as per plat recorded in Volume 54 of Plats, Pages 30 and 31, Records of King County Auditor;
>
> Situate in the City of Kenmore, County of King, State of Washington.

21st Mortgage and the trustee stipulate that the obligation secured by that deed of trust is unenforceable due to the passage of time and the deed of trust is not an encumbrance against the property.

**STIPULATED MOTION FOR AN
ORDER DECLARING DEED
OF TRUST UNENFORCEABLE**
200406aMot  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 131    Filed 04/08/20    Ent. 04/08/20 11:45:00    Pg. 1 of 2

1   This stipulation does not affect the judgment in favor of 21ˢᵗ Mortgage filed under recording
2   number 20160802000179, and as set forth in Proof of Claim No. 4 filed in this proceeding, the
3   allowance and payment of which will be subject to further order of the court.
4   RESPECTFULLY SUBMITTED this 8ᵗʰ day of April, 2020.

TOMASI SALYER MARTIN

/S/ *Eleanor A. DuBay*

Eleanor A. DuBay, WSBA #45828
Attorney for 21ˢᵗ Mortgage Corporation

RESPECTFULLY SUBMITTED this 8ᵗʰ day of April, 2020.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Edmund J. Wood, Trustee

**STIPULATED MOTION FOR AN
ORDER DECLARING DEED
OF TRUST UNENFORCEABLE**
200406aMot  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 131    Filed 04/08/20    Ent. 04/08/20 11:45:00    Pg. 2 of 2