**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., | ) |
| | ) STIPULATED ORDER DECLARING |
| Debtor(s). | ) DEED OF TRUST UNENFORCEABLE |
| | ) |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the stipulation of the parties, 21st Mortgage Corporation ("21st Mortgage"), through counsel, Tomasi Salyer Martin, and Eleanor A. DuBay, and the duly appointed trustee, Edmund J. Wood, through counsel, The Livesey Law Firm, and Rory C. Livesey, the court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that the debt secured by the deed of trust against the real property of the estate located at 15605 - 63rd Avenue N.E., Kenmore, Washington 98028, and legally described as

> Lot 1 in Block 3 of Inglewoods No. 2, as per plat recorded in Volume 54 of Plats, Pages 30 and 31, Records of King County Auditor;

Situate in the City of Kenmore, County of King, State of Washington,

**STIPULATED ORDER DECLARING
DEED OF TRUST UNENFORCEABLE**
200406bOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 133    Filed 04/10/20    Ent. 04/10/20 10:00:47    Pg. 1 of 2

dated December 22, 2000, and recorded in the records of King County, Washington on December 28, 2000, under recording number 20001228001193, is unenforceable due to the passage of time and the deed of trust is not an encumbrance against the property.

IT IS HEREBY FURTHER ORDERED that this order has no effect on the judgment of 21st Mortgage filed under recording number 20160802000179, and as set forth in Proof of Claim No. 4 filed in this proceeding, the allowance and payment of which will be subject to further order of the court.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Edmund J. Wood, Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

TOMASI SALYER MARTIN

/S/ *Eleanor A. DuBay*

Eleanor A. DuBay, WSBA #45828
Attorney for 21st Mortgage Corporation

Tomasi Salyer Martin
121 S.W. Morrison Street, Suite 1850
Portland, OR 97204-3120
(503) 894-9900

**STIPULATED ORDER DECLARING
DEED OF TRUST UNENFORCEABLE**
200406bOrd   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 133    Filed 04/10/20    Ent. 04/10/20 10:00:47    Pg. 2 of 2