The Honorable Christopher M Alston
Hearing: April 24, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Jack Carlton Cramer, Jr.,<br><br>Debtor. | Case No. 18-13383-CMA<br><br>Chapter: 7<br><br>SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO SELL FREE AND CLEAR OF LIENS |

I, Christina L Henry declare as follows:

1. I am the bankruptcy attorney for Jack Cramer, Jr, the Chapter 7 debtor in this bankruptcy case and I have personal knowledge of the information in this declaration.

2. Since filing Debtor's initial opposition to the motion to sell, I have tried to confirm that Mr. Cramer is in an installment plan with the IRS to no avail.

3. I instructed Mr. Cramer to call the IRS and then to re-send the installment agreement with postal tracking information to confirm receipt, but he was still unable to confirm that an installment plan was in place.

SECOND SUPPLEMENTAL DECLARATION OF
CHRISTINA L HENRY - 1

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 18-13383-CMA    Doc 137    Filed 04/23/20    Ent. 04/23/20 12:20:30    Pg. 1 of 2

4. Finally, in an attempt to find out whether the IRS had indeed received and processed the installment request, I reached out to James Stevens, the local IRS Insolvency specialist who filed the proofs of claim in this case for the IRS. After some research, Mr. Stevens was able to confirm that Mr. Cramer has done everything within his power to obtain an installment agreement. The letter I received today via fax confirms this. A true and correct copy of the IRS fax is attached here as Exhibit 1.

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Executed this 23rd day of April; 2020 at Bothell, WA.

          */s/ Christina L Henry*
          Christina L Henry, WSBA# 31273

SECOND SUPPLEMENTAL DECLARATION OF
CHRISTINA L HENRY - 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 18-13383-CMA    Doc 137    Filed 04/23/20    Ent. 04/23/20 12:20:30    Pg. 2 of 2