# EXHIBIT 1

**INTERNAL REVENUE SERVICE**

FAX TRANSMISSION
Cover Sheet



Date: April 23, 2020

**To:** Christina Henry

Address/Organization: atty

Fax Number: (206) 400-7609     Office Number: _____

**From:** Stevens James T

Address/Organization: _____

Fax Number: (855) 345-0933     Office Number: _____

Number of pages: 2    *Including cover page*

Subject: letter regarding Cramer

Hi hope this helps

James Stevens

Insolvency Specialist

SCI Insolvency T4, G1

915 - 2nd Ave, MS W244

PH: 206-946-3129

EFAX: 855-345-0933

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.



**INTERNAL REVENUE SERVICE**
SB/SE Division, Area 12
915 2nd Avenue
Seattle, Washington 98174

**Person to Contact:**
James Stevens
Telephone Number:
206-946-3129
**Refer Reply to:**
C:S:I:JTS: 01-20309:M/S-W244
**Date: April 23, 2020**

**Re: Jack Carlton Cramer Jr.**
**BK # 18-13383-WAW02**
**SSN: XXX-XX-7499**

To: Attorney Christina Henry

This letter is to advise that Jack Cramer is attempting to enter into an Installment Agreement with the IRS for the purpose of obtaining a Mortgage Refinance with the end result of full payment to IRS and payment to other creditors.

In order for Mr. Cramer to qualify for an I.A. there are many requirements that must be met. The first requirement was for the case to be out of bankruptcy status on the IRS main system. This is now complete. The second step is that all Income tax returns be filed. Jack has completed this requirement.

The next step is to submit the IA request to the IRS service center. The IRS service center received his request at the end of March 2019 but due to the COVID crisis they are unable to review the request.

Once the Campus reopens it may take another 30 days for the IA to be reviewed.

Sincerely,

ZY7CB  Digitally signed by ZY7CB
Date: 2020.04.23 28:13 -07'00'

James Stevens
Bankruptcy Specialist,
Insolvency