Honorable Christopher M. Alston
April 24, 2020; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Chapter 7
) Bankruptcy No. 18-13383
JACK CARLTON CRAMER JR., )
) ORDER AUTHORIZING TRUSTEE TO
Debtor(s). ) ABANDON PROPERTY OF THE
) ESTATE

THIS MATTER having come regularly before the above-signed Judge of the above-entitled court, notice having been given to the creditors, and no objection having been filed, now, therefore, it is hereby

ORDERED that the trustee, Edmund J. Wood, is allowed to and hereby does abandon the following assets listed on the debtor's Schedule A/B:

(1) possible malpractice claim against Helmut Kah;

(2) possible claim for unauthorized practice of law and negligence against Robert Penfield; and

(3) possible claim against 21st Mortgage Corporation and its attorneys for violation of a discharge injunction.

//// END OF ORDER ////

**ORDER AUTHORIZING TRUSTEE TO
ABANDON PROPERTY OF THE ESTATE**
200316dOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1     Presented By:

2     THE LIVESEY LAW FIRM

3

            /S/ *Rory C. Livesey*

4     _____

    Rory C. Livesey, WSBA #17601
5     Attorney for Edmund J. Wood, Trustee

6     The Livesey Law Firm
    600 Stewart Street, Suite 1908
7     Seattle, WA 98101
    (206) 441-0826

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER AUTHORIZING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE**
200316dOrd    Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826