The Honorable Christopher M Alston

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Jack Carlton Cramer, Jr., <br><br> Debtor. | Case No.: 18-13383-CMA <br><br> Chapter 7 <br><br> DECLARATION OF JACK CARLTON CRAMER, JR. IN SUPPORT OF AMENDED SCHDULES |

I, Jack Carlton Cramer, Jr, do hereby declare as follows:

1. I am the chapter 7 debtor in this case, and I have personal I have personal knowledge of this information in this declaration.

2. I am amending my bankruptcy schedule C that to change the exemptions from federal to state exemptions and to take a $125,000 homestead exemption in my home. There is enough equity in my home for the homestead exemption and the stipulated order declaring the deed of trust unenforceable (see Dkt No. 133) even though it remains on title. Thus, if there is a sale of my home, I should be entitled to my homestead upon the sale.

3. Additionally, while reviewing the changes to Schedule C, it was discovered that the potential claims I have against my creditors were erroneously listed in section 33 of Schedule B as third party claims and thus were moved to section 34 as contingent and unliquidated claims of every nature for clarification. Also, the quiet title claim on the first position deed trust has been changed to be valued at $0.00.

DECLARATION OF JACK CARLTON CRAMER, JR
IN SUPPORT OF AMENDED SCHEDULES - 1

HENRY& DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
206-330-0595 / 206-400-7609 Fax

Case 18-13383-CMA    Doc 141    Filed 04/28/20    Ent. 04/28/20 21:02:22    Pg. 1 of 2

4. Lastly, upon review, it was also discovered that an erroneous entry for other property of any kind was listed for $700,000 under section 53 of schedule B. That amount was deleted, and the summary schedules reflect that change in property values.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April 2020 at Lynnwood, WA.

                                           */s/ Jack Carlton Cramer, Jr.*
                                           Jack Carlton Cramer, Jr.

DECLARATION OF JACK CARLTON CRAMER, JR
IN SUPPORT OF AMENDED SCHEDULES - 2

HENRY & DEGRAAFF, PS
787 Maynard Ave S
Seattle, WA 98104
206-330-0595 / 206-400-7609 Fax

Case 18-13383-CMA    Doc 141    Filed 04/28/20    Ent. 04/28/20 21:02:22    Pg. 2 of 2