**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**

**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6 _____

7

8

9

10
           Honorable Christopher M. Alston
           April 24, 2020; 9:30 a.m.

11     IN THE UNITED STATES BANKRUPTCY COURT FOR THE
       WESTERN DISTRICT OF WASHINGTON AT SEATTLE

12

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., | ) | |
| | ) | ORDER OF SALE OF REAL PROPERTY |
| Debtor(s). | ) | OF THE ESTATE FREE AND CLEAR OF |
| | ) | LIENS AND ENCUMBRANCES |

16     THIS MATTER having come regularly before the above-signed judge of the above-entitled

17 court upon the trustee's motion to sell assets of the estate, it appearing that all interested parties have

18 received notice, the debtor having objected, the court having reviewed the pleadings on file herein,

19 and having heard argument of counsel, the court having made a ruling on the record which is

20 incorporated herein by this reference pursuant to Fed. R. Civ. P. 52(c), made applicable to these

21 proceedings pursuant to Fed. R. Bank. P. 7052, now, therefore, it is hereby

22     ORDERED that the trustee, Edmund J. Wood, is authorized to sell real property of the estate

23 according to the terms of the purchase and sale agreement attached to Docket No. 94, and generally

24 set forth below:

25     Street address of
        property to be sold:     15605 - 63rd Avenue N.E.
                        Kenmore, WA 98028

**ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
200427fOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 145    Filed 05/06/20    Ent. 05/06/20 13:31:13    Pg. 1 of 3

| | | |
|---|---|---|
| 1 | Legal description of property to be sold: | Lot 1, Blk 3, Inglewoods No. 2, King County, WA |
| 2 | | |
| 3 | Parcel No.: | 3583300105 |
| | Sale price: | $606,000.00 |
| 4 | | |
| 5 | Terms of sale: | Cash at Closing |
| 6 | Purchaser: Purchaser's address: | Carlos Salazar and Autumn Salazar, and/or assigns 6308 N.E. Arrowhead Drive Kenmore, WA 98028 |
| 7 | | |

Costs of sale:

The estate will pay the real estate agent a commission of 6% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Western Washington. These costs would include, but are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. The seller will also contribute 1 percent of the sale price to Purchasers' loan fees and closing costs.

Utility Liens

In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. The trustee will pay these liens from the sale proceeds.

Encumbrances & approximate claim amounts:

(1) King County property taxes - $24,000;
(2) Financial Pacific Company deed of trust - $50,000;
(3) 21st Mortgage Corporation deed of trust - $700,000;
(4) Residential Funding Company LLC lis pendens;
(5) Norman Maas, P.S. Pension Fund deed of trust - $8,000;
(6) Internal Revenue Service federal tax lien - $30,000;
(7) Internal Revenue Service federal tax lien - $14,000;
(8) Internal Revenue Service federal tax lien - $3,000;
(9) Internal Revenue Service federal tax lien - $6,000;
(10) State of Washington judgment - $6,000 (not recorded-against homestead property); and
(11) 21st Mortgage Corporation judgment - $44,000.

**ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
200427fOrd Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1    IT IS HEREBY FURTHER ORDERED that said sale will be free and clear of all liens and

2    interests, except real and personal property taxes, said liens and interests to attach to the proceeds

3    of the sale as though those proceeds were the property, said liens and interests to be satisfied from

4    those proceeds.   The trustee specifically reserves the right to contest each encumbrance or alleged

5    encumbrance against the subject property.  With the exception of the lien in favor of King County

6    for unpaid taxes, which may be paid at closing, disbursement on the remaining encumbrances will

7    be subject to further order of the court.

8    IT IS HEREBY FURTHER ORDERED that, as the purchaser is a good faith purchaser for

9    value, the provisions of 11 U.S.C. § 363(m) are applicable to this sale.

10                     //// END OF ORDER ////

11

12   Presented By:

     THE LIVESEY LAW FIRM

13

14        /S/ *Rory C. Livesey*
     _____
15   Rory C. Livesey, WSBA #17601
     Attorney for Edmund J. Wood, Trustee
16
     The Livesey Law Firm
17   600 Stewart Street, Suite 1908
     Seattle, WA 98101
18   (206) 441-0826

19   Approved as to Form; Notice of
     Presentation Waived by:
20
     HENRY & DEGRAAFF, P.S.
21

22        /S/ *Christina L. Henry*
     _____
23   Christina L. Henry, WSBA #31273
     Attorneys for Debtor
24
     Henry & DeGraaff, P.S.
25   787 Maynard Avenue S.
     Seattle, WA 98104
     (206) 330-0595

**ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
200427fOrd   Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826