**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston
April 24, 2020; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., | ) | |
| | ) | ORDER DENYING MOTION TO |
| Debtor(s). | ) | CONVERT CASE FROM CHAPTER 7 |
| | ) | TO CHAPTER 13 |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the debtor's motion to reconvert this Chapter 7 proceeding to a Chapter 13, the court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, the court having made a ruling on the record which is incorporated herein by this reference pursuant to Fed. R. Civ. P. 52(c), made applicable to these proceedings pursuant to Fed. R. Bank. P. 7052, now, therefore, it is hereby

////

////

////

////

**ORDER DENYING MOTION TO
CONVERT CASE FROM CHAPTER 7
TO CHAPTER 13** - 200427eOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 146    Filed 05/06/20    Ent. 05/06/20 13:33:04    Pg. 1 of 2

1  ORDERED that the debtor's motion is denied.

2  //// END OF ORDER ////

3

   Presented By:

4  THE LIVESEY LAW FIRM

5

6  /S/ *Rory C. Livesey*

7  _____
   Rory C. Livesey, WSBA #17601
   Attorney for Edmund J. Wood, Trustee

8  The Livesey Law Firm
9  600 Stewart Street, Suite 1908
   Seattle, WA 98101
10 (206) 441-0826

11 Approved as to Form; Notice of
   Presentation Waived by:
12
   HENRY & DEGRAAFF, P.S.
13

14
   /S/ *Christina L. Henry*
15 _____
   Christina L. Henry, WSBA #31273
16 Attorneys for Debtor

17 Henry & DeGraaff, P.S.
   787 Maynard Avenue S.
18 Seattle, WA 98104
   (206) 330-0595
19

20

21

22

23

24

25

**ORDER DENYING MOTION TO
CONVERT CASE FROM CHAPTER 7
TO CHAPTER 13** - 200427eOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 146    Filed 05/06/20    Ent. 05/06/20 13:33:04    Pg. 2 of 2