The Honorable Christopher M. Alston
Chapter 7
Hearing: May 28, 2020
Time: 9:30 am
Location: Telephonic
Response Date: May 26, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE:<br><br>Jack Carlton Cramer, Jr.,<br><br>    Debtor(s). | Case No. 18-13383-CMA<br><br>WAW internal appeal #: 20-S004<br><br>Chapter: 7<br><br>NOTICE OF HEARING ON MOTION TO FOR STAY PENDING APPEAL AND FOR WAIVER OF BOND REQUIREMENT |
|---|---|

**PLEASE TAKE NOTICE** that a hearing on the Debtor's Motion to Stay Pending and for Waiver of Bond Requirement to be held on May 28, 2020 at 9:30 am.

| JUDGE: | The Christopher M. Alston |
|---|---|
| PLACE: | Telephonic<br>Dial 1-888-363-4749, Enter Access Code: 8955076#, Press the # sign, Enter Security Code when prompted: 3564#<br>Speak your name when prompted |
| DATE: | May 28, 2020 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **May 26, 2020** |

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Court Clerk and deliver copies on the undersigned no later than the response date, which is May 26, 2020.

DATED this 21st day of May 2020.

- 5

HENRY & DEGRAAFF, P.S.
787 Maynard Ave S,
Seattle, WA 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 18-13383-CMA   Doc 154-1   Filed 05/21/20   Ent. 05/21/20 19:59:27   Pg. 1 of 2

| | |
|---|---|
| 1 | HENRY & DEGRAAFF, P.S. |
| 2 | |
| 3 | By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA #31273 |
| 4 | |
**HENRY & DEGRAAFF, P.S.**
787 Maynard Ave S
Seattle, WA 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 18-13383-CMA    Doc 154-1    Filed 05/21/20    Ent. 05/21/20 19:59:27    Pg. 2 of 2