Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER, JR., | ) | |
| | ) | Internal Appeal No. 20-S005 |
| | ) | |
| Debtor/Appellant. | ) | OPTIONAL APPELLEE STATEMENT |
| | ) | OF ELECTION TO PROCEED IN |
| | ) | DISTRICT COURT |

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

**Part 1: Identify the appellee(s) electing to proceed in the District Court**

1. Name(s) of appellee(s):  Edmund J. Wood, Bankruptcy Trustee for Jack Carlton Cramer, Jr._

2. Position of appellees(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| Plaintiff | |
| Defendant | Debtor |
| Other (describe) _____ | Creditor |
| | X Trustee |
| | Other (describe) _____ |

**OPTIONAL APPELLEE STATEMENT OF
ELECTON TO PROCEED IN DISTRICT
COURT** - 200525aStm   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA  98101
(206) 441-0826

Case 18-13383-CMA    Doc 162    Filed 05/25/20    Ent. 05/25/20 17:05:30    Pg. 1 of 2

**Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)**

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 3: Sign below**

/S/ *Rory C. Livesey*
_____   Date: _____May 25, 2020_____
Signature of attorney for appellee(s) (or appellee(s)
if not represented by an attorney)

Name, address, and telephone number of attorney (or appellee(s) if not represented by an attorney):

Rory C. Livesey
The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**OPTIONAL APPELLEE STATEMENT OF ELECTON TO PROCEED IN DISTRICT COURT** - 200525aStm   Page 2

**THE LIVESEY LAW FIRM**
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 162    Filed 05/25/20    Ent. 05/25/20 17:05:30    Pg. 2 of 2