**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Christopher M. Alston
June 12, 2020; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., ) | |
| ) | ORDER AUTHORIZING |
| Debtor(s). ) | DISBURSEMENT OF DEBTOR'S |
| ) | HOMESTEAD EXEMPTION |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the Trustee's Motion for an Order Authorizing Disbursement of Debtor's Homestead Exemption, the court having reviewed the pleadings on file herein, and being fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that the trustee, Edmund J. Wood, may disburse $125,000 to the debtor, Jack C. Cramer, Jr., from the proceeds of the sale of the real property of the estate located at 15605 - 63rd Avenue N.E., Kenmore, WA 98028, as his exemption under RCW 6.13.030.

//// END OF ORDER ////

**ORDER AUTHORIZING DISBURSEMENT
OF DEBTOR'S HOMESTEAD EXEMPTION**
200429cOrd  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 184    Filed 06/09/20    Ent. 06/09/20 11:19:12    Pg. 1 of 2

1  Presented By:

2  THE LIVESEY LAW FIRM

3

      /S/ *Rory C. Livesey*

4  _____
Rory C. Livesey, WSBA #17601

5  Attorney for Edmund J. Wood, Trustee

6  The Livesey Law Firm
600 Stewart Street, Suite 1908

7  Seattle, WA 98101
(206) 441-0826

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER AUTHORIZING DISBURSEMENT
OF DEBTOR'S HOMESTEAD EXEMPTION**
200429cOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826