The Honorable Timothy W. Dore

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JACK CARLTON CRAMER, JR,<br><br>                              Debtors.<br><hr><br>JACK CARLTON CRAMER, JR,<br><br>                              Plaintiffs,<br><br>v.<br><br>Norman B. Maas, P.S., d/b/a Norman B. Maas, PS Pension Fund, and Norman B. Maas, an individual.<br><br>                              Defendants. | Case No. 18-13383-CMA<br><br>Adversary No.<br><br>NOTICE REGARDING FINAL ADJUDICATION AND CONSENT |

PLEASE TAKE NOTICE that the Plaintiffs bring this Complaint in accordance with Fed. R. Bankr. P. 7008(a) and 7012(b) (1). This matter is a core proceeding and requires consent by the parties to entry of final orders or judgments by the bankruptcy judge. If consent is necessary, the party consents.

NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - Page 1

**HENRY & DEGRAAFF, P.S.**
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 18-13383-CMA    Doc 195-2    Filed 06/24/20    Ent. 06/24/20 14:21:29    Pg. 1 of 2

1 | DATED this June 24, 2020.

2 |           HENRY & DEGRAAFF, P.S.

3 |           By: */s/Christina L Henry*
            Christina L Henry, WSBA #31273
            787 Maynard Ave S
            Seattle, WA 98104
            Tel# 206-330-0595
            chenry@hdm-legal.com

NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - Page 2

HENRY & DEGRAAFF, P.S.
787 MAYNARD AVE S.
SEATTLE, WA 98104
V (206) 330-0595
F (206) 400-7609

Case 18-13383-CMA   Doc 195-2   Filed 06/24/20   Ent. 06/24/20 14:21:29   Pg. 2 of 2