Honorable Christopher M. Alston
August 28, 2020; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JACK CARLTON CRAMER JR.,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 18-13383<br><br>DECLARATION OF EDMUND J. WOOD IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING COMPROMISE OF CLAIM |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I am the Chapter 7 bankruptcy trustee in the above-captioned matter.

3. For the reasons stated in the Trustee's Motion for an Order Approving Compromise of Claim, I believe this settlement is in the best interest of the estate. Whether the debtor converts to a Chapter 13 and concludes the reverse mortgage or whether I sell the property, the creditors will be paid in full. The settlement as proposed, although compromising the amount of the administrative expenses, would allow the creditors to be paid considerably earlier. Therefore, with the paramount interest of the creditors in mind, this settlement is in the best interest of the estate.

DATED this 7th day of August, 2020.

/S/ *Edmund J. Wood*
_____
Edmund J. Wood

---

**DECLARATION OF EDMUND J. WOOD IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER APPROVING COMPROMISE OF CLAIM**
200804cDec Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826