**Below is the Order of the Court.**

*(signature)*

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Honorable Christopher M. Alston
August 28, 2020; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 18-13383 |
| JACK CARLTON CRAMER JR., | |
| | ORDER APPROVING COMPROMISE |
| Debtor(s). | OF CLAIM |

THIS MATTER having come regularly before the above-signed Judge of the above-entitled court upon the trustee's motion to compromise a claim, proper notice having been given and no objections having been timely filed, good cause appearing, and it being in the best interest of the estate, now, therefore, it is hereby

ORDERED that the debtor, Jack Carlton Cramer, Jr., may complete the refinance of real property of the estate located at 15605 - 63rd Avenue N.E., Kenmore, Washington 98028, and obtain a reverse mortgage.

IT IS HEREBY FURTHER ORDERED that the trustee, Edmund J. Wood, shall receive from the reverse mortgage $50,000 for administrative expenses of the estate, to be disbursed pursuant to further order of the court.

**ORDER APPROVING**
**COMPROMISE OF CLAIM**
200821aOrd Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 212    Filed 08/25/20    Ent. 08/25/20 15:28:38    Pg. 1 of 3

| | | Below is the Order of the Court. |

1  IT IS HEREBY FURTHER ORDERED that the following disbursements will be made to
2  the creditors of this case from escrow:

3  
| Claim No. | Creditor | Allowed Claim Amount |
|---|---|---|
| 1 | Credit Acceptance (disallowed per 7/13/20 order) | $ 0.00 |
| 2 | Cavalry SPV 1, LLC | $ 11,142.27 |
| 3 | Premier Bank Card, LLC | $ 432.44 |
| 4 | 21st Mortgage Corporation | $ 47,766.45 |
| 5 | Internal Revenue Service | $ 76,290.07 |
| 6 | Midland Funding, LLC | $ 966.14 |
| 7 | BECU (claim withdrawn) | $ 0.00 |
| 8 | Evergreen Health | $ 2,055.87 |
| 9 | King County Treasury Operations | $ 35,982.55 |
| 10 | Puget Sound Energy | $ 1,688.47 |
| 11 | BECU (claim withdrawn) | $ 0.00 |
| 12 | King County Superior Court | $ 8,393.33 |
| | TOTAL | $ 184,717.59 |

12  IT IS HEREBY FURTHER ORDERED that, with the exception of 21st Mortgage
13  Corporation, the Internal Revenue Service and King County Treasury Operations, the creditors will
14  receive interest on their claims at the federal judgment rate from the August 29, 2018 filing date.

15  IT IS HEREBY FURTHER ORDERED that this order is without prejudice to any of the
16  actions raised in the debtor's pending Adversary Proceeding No. 20-01047 against 21st Mortgage
17  Corporation, and payment on that creditor's claim will be subject to further order of the court.

18  IT IS HEREBY FURTHER ORDERED that the trustee may submit a notice of abandonment
19  to escrow to be recorded only at the close of the debtor's refinance.

20  IT IS HEREBY FURTHER ORDERED that, should the debtor's refinance not close, the real
21  property shall remain property of the estate.

//// END OF ORDER ////

**ORDER APPROVING**
**COMPROMISE OF CLAIM**
200821aOrd  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 212    Filed 08/25/20    Ent. 08/25/20 15:28:38    Pg. 2 of 3

1  Presented By:

2  THE LIVESEY LAW FIRM

3

    /S/ *Rory C. Livesey*

4  _____
Rory C. Livesey, WSBA #17601

5  Attorney for Edmund J. Wood, Trustee

6  The Livesey Law Firm
600 Stewart Street, Suite 1908

7  Seattle, WA 98101
(206) 441-0826

8
Approved as to Form; Notice of

9  Presentation Waived by:

10  HENRY & DEGRAAFF, P.S.

11
    /S/ *Christina L. Henry*

12  _____
Christina L. Henry, WSBA #31273

13  Attorneys for Debtor

14  Henry & DeGraaff, P.S.
787 Maynard Avenue S.

15  Seattle, WA 98104
(206) 330-0595

16

17

18

19

20

21

22

23

24

25

**ORDER APPROVING
COMPROMISE OF CLAIM**
200821aOrd  Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 18-13383-CMA    Doc 212    Filed 08/25/20    Ent. 08/25/20 15:28:38    Pg. 3 of 3