Judge Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

JACK CARLTON CRAMER, Jr.,

Debtor.

No. 18-13383-CMA

**REPORT OF FUNDS RECEIVED**

COMES NOW the Trustee, Edmund Wood, and submits this Report of Funds Received from the Law Office of Wanda Reif Nuxoll PS in the amount of $50,000.00.

The debtor refinanced the real property in this estate, paid all filed claims with interest, and paid $50,000.00 to the bankruptcy estate for the estimated administrative claims.

The closing statement is attached hereto.

DATED this 19th day of March 2021 at Brush Prairie, Washington.

          */s/ Edmund J. Wood*
          Edmund Wood, WSB # 03695

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 18-13383-CMA    Doc 220    Filed 03/22/21    Ent. 03/22/21 09:30:20    Pg. 1 of 6



OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)
## AMENDED FINAL

| B. Type of Loan | | | | | | |
|---|---|---|---|---|---|---|
| 1. [X] FHA | 2. [ ] RHS | 3. [ ] Conv. Unins. | 6. File Number: 191942-22 | 7. Loan Number: R742-4021013 | 8. Mortgage Insurance Case Number: 566-3336515-962 | |
| 4. [ ] VA | 5. [ ] Conv. Ins. | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
( 191942-22/ 41)

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Jack Carlton Cramer<br>15605 63rd Avenue NE<br>Kenmore, WA 98028 | Mortgage Coverage: $982,500.00 | High Tech Lending, Inc.<br>2030 Main St., #350<br>Irvine, CA 92614 |

| G. Property Location: | H. Settlement Agent: Law Office of Wanda Reif Nuxoll, PS (206)749-2850<br>22525 SE 64th Pl #245 Issaquah, WA 98027 | I. Settlement Date: |
|---|---|---|
| 15605 63rd Avenue NE<br>Kenmore, WA 98028<br>King County, Washington | | February 18, 2021 |
| | Place of Settlement:<br>15605 63rd Avenue NE<br>Kenmore, WA 98028 | Disbursement Date:<br>February 25, 2021 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---:|---|---:|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 27,135.42 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. Payoff Cavalry SPV 1 LLC | 11,863.97 | 410. | |
| 111. Payoff Premier Bankcard LLC | 460.45 | 411. | |
| 112. Payoff Midland Funding LLC | 1,028.72 | 412. | |
| 113. Payoff Evergreen Health | 2,189.03 | 413. | |
| 114. Payoff Puget Sound Energy | 1,797.83 | 414. | |
| 115. Payoff King County Superior Court | 8,936.98 | 415. | |
| 116. Payoff IRS 2009 through 2018 | 77,236.88 | 416. | |
| 117. Payoff Administrative Expenses per Court Orde | 50,000.00 | 417. | |
| 118. Payoff Real Estate Taxes through 2020 with int | 38,813.82 | 418. | |
| **120. Gross amount due from Borrower** | **219,463.10** | **420. Gross amount due to Seller** | **0.00** |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) $381,865.00 | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Cash Portion of Initial Draw | 38,186.50 | 504. Payoff of first mortgage loan | |
| 205. Financed Closing Costs | 27,321.42 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. Payoff Real Estate Taxes through 2020 with int | 38,813.82 | 508. | |
| 209. Payoff Administrative Expenses per Court Orde | 50,000.00 | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. Payoff IRS 209 through 2018 | 77,236.88 | 513. | |
| 214. Payoff Cavalry SPV 1 LLC | 11,863.97 | 514. | |
| 215. Payoff Premier Bankcard LLC | 460.45 | 515. | |
| 216. Payoff Midland Funding LLC | 1,028.72 | 516. | |
| 217. Payoff Evergreen Health | 2,189.03 | 517. | |
| 218. Payoff Puget Sound Energy | 1,797.83 | 518. | |
| 219. Payoff King County Superior Court | 8,936.98 | 519. | |
| **220. Total paid by/for Borrower** | **257,835.60** | **520. Total reduction amount due Seller** | **0.00** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement from/to Seller** | |
| 301. Gross amount due from Borrower (Line 120) | 219,463.10 | 601. Gross amount due to Seller (Line 420) | 0.00 |
| 302. Less amount paid by/for Borrower (Line 220) | ( 257,835.60) | 602. Less reductions due Seller (Line 520) | ( 0.00) |
| **303. CASH TO BORROWER** | **38,372.50** | **603. CASH TO/FROM SELLER** | **0.00** |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

*I certify this to be a true and correct copy of the original.*

*Wanda Reif Nuxoll, P.S.*

Certified to be a true copy of the original
Previous editions are obsolete
CERTIFIED COPY

| L. Settlement Charges | | | |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** $0.00 | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| *Division of commission (line 700) as follows:* | | | |
| 701. to | | | |
| 702. to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | $6,000.00 (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | 6,000.00 | |
| 804. Appraisal fee to High Tech Lending, Inc. | (from GFE #3) fbo PropertyRate | 1,000.00 | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Interest from 02/17/21 to 03/01/21 to High Tech Lendi @ $ /day (12 days @ 2.82000%) | (from GFE#10) | | |
| 902. Mortgage insurance premium for month to HUD | (from GFE #3) | 13,100.00 | |
| 903. Homeowner's insurance for 1.0 year to Travelers | (from GFE #11) | 1,842.00 | |
| 904. for year to | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance Months @ $ per Month | | | |
| 1003. Mortgage insurance prem Months @ $ per Month | | | |
| 1004. Property taxes Months @ $ per Month | | | |
| 1005. Months @ $ per Month | | | |
| 1006. Months @ $ per Month | | | |
| 1007. Months @ $ per Month | | | |
| 1008. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance to Law Office of Wanda | (from GFE #4) | 4,847.92 | |
| 1102. Settlement Agent to Law Office of Wanda Reif Nuxoll, PS | $1,690.00 | | |
| 1103. Owner's title insurance | (from GFE #5) | | |
| 1104. Lender's title insurance to First American Title Insurance Compar | $1,012.92 | | |
| 1105. Lender's title policy limit | | | |
| 1106. Owner's title policy limit | | | |
| 1107. Agent's portion of the total title insurance premium to First American Title Insuran | $1,012.92 | | |
| 1108. Underwriter's portion of the total title insurance premium | | | |
| 1109. Courier Fee to Law Office of Wanda Reif Nuxoll, PS | $125.00 | | |
| 1110. Signing to Metropolitan Services LLC | $350.00 | | |
| 1111. CPL Preparation to Law Office of Wanda Reif Nuxoll, PS | $220.00 | | |
| 1112. Document Preparation Fee to Law Office of Wanda Reif Nuxoll, P | $1,100.00 | | |
| 1113. Payoff Processing Fee to Law Office of Wanda Reif Nuxoll, PS | $350.00 | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges to King County | (from GFE #7) | 345.50 | |
| 1202. Deed $ ; Mortgage $ 345.50 ; Releases $ | | | |
| 1203. Transfer taxes | (from GFE #8) | | |
| 1204. City/County tax/stamps Deed $ ; Mortgage $ | | | |
| 1205. State tax/stamps Deed $ ; Mortgage $ | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. HECM counsleing fee - Housing Options Provided for the Elderly | P.O.C.$175.00 | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | 27,135.42 | 0.00 |

Certified to be a true copy of the original
Previous editions are obsolete
CERTIFIED COPY

Printed on 02/25/21 at 10:18:00AM  191942-22/41
HUD-1, Page 2

Case 18-13383-CMA    Doc 220    Filed 03/22/21    Ent. 03/22/21 09:30:20    Pg. 3 of 6

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | | |
|---|---|---|---|
| **Charges That Cannot Increase** | **HUD-1 Line Number** | **Good Faith Estimate** | **HUD-1** |
| Our origination charge | # 801 | 6,000.00 | 6,000.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 0.00 | 0.00 |
| Your adjusted origination charges | # 803 | 6,000.00 | 6,000.00 |
| Transfer taxes | # 1203 | 0.00 | 0.00 |
| **Charges That In Total Cannot Increase More Than 10%** | | **Good Faith Estimate** | **HUD-1** |
| Government recording charges | # 1201 | 531.50 | 345.50 |
| Appraisal fee | # 804 | 1,000.00 | 1,000.00 |
| | # 805 | 0.00 | 0.00 |
| | # 806 | 0.00 | 0.00 |
| | # 807 | 0.00 | 0.00 |
| Mortgage insurance premium | # 902 | 13,100.00 | 13,100.00 |
| Title services and lender's title insurance | # 1101 | 4,847.92 | 4,847.92 |
| | # 1109 | | 0.00 |
| | # 1110 | | 0.00 |
| | # 1111 | | 0.00 |
| | # 1112 | | 0.00 |
| | # 1113 | | 0.00 |
| Total | | 19,479.42 | 19,293.42 |
| Increase between GFE and HUD-1 Charges | $ | -186.00 or | -0.95 % |
| **Charges That Can Change** | | **Good Faith Estimate** | **HUD-1** |
| Initial deposit for your escrow account | # 1001 | | |
| Daily interest charges | # 901 | $ /day | |
| Homeowner's insurance | # 903 | 1,842.00 | 1,842.00 |
| HECM counsleing fee - Housing Options Provided for the Elderly | # 1302 | 175.00 | 175.00 |

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $ **381,865.00** |
| Your loan term is | **N/A** |
| Your initial interest rate is | **2.82000** % |
| Your initial monthly amount owed for principal, interest and any mortgage insurance is | $ **N/A** includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No  ☒ Yes, it can rise to a maximum of **12.82000**%. The first change will be on **4/1/2021** and can change again every **month** after **4/1/2021**. Every change date, your interest rate can increase or decrease by **10.00**%. Over the life of the loan, your interest rate is guaranteed to never be lower than **2.75000**% or higher than **12.82000%** |
| Even if you make payments on time, can your loan balance rise? | ☐ No  ☒ Yes, it can rise to a maximum of $ **Unknown** . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No  ☐ Yes, the first increase can be on and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ . |
| Does your loan have a prepayment penalty? | ☒ No  ☐ Yes, your maximum prepayment penalty is $ . |
| Does your loan have a balloon payment? | ☒ No  ☐ Yes, you have a balloon payment of $ N/A due in N/A years on N/A . |
| Total monthly amount owed including escrow account payments<br><br>*Paid by or through draws from the principal limit | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowners insurance. You must pay these items directly yourself.<br>☒ You have an additional monthly escrow payment of $ **0*** that results in a total initial monthly amount owed of $ **0** . This includes principal, interest, any mortgage insurance and any items checked below:<br>☒ Property Taxes<br>☒ Homeowner's Insurance |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.
Certified to be a true copy of the original

Previous editions are obsolete  
CERTIFIED COPY  
Printed on 02/25/21 at 10:18:00AM   191942-22/41  
HUD-1, Page 3

Case 18-13383-CMA    Doc 220    Filed 03/22/21    Ent. 03/22/21 09:30:20    Pg. 4 of 6

# Amended Final HUD-1, Attachment

**Borrower:** Jack Carlton Cramer
15605 63rd Avenue NE
Kenmore, WA 98028

**Lender:** High Tech Lending, Inc.

**Settlement Agent:** Law Office of Wanda Reif Nuxoll, PS
(206)749-2850

**Place of Settlement:** 15605 63rd Avenue NE
Kenmore, WA 98028

**Settlement Date:** February 17, 2021
**Disbursement Date:** February 25, 2021
**Property Location:** 15605 63rd Avenue NE
Kenmore, WA 98028
King County, Washington

## Title Services and Lender's Title Insurance

| Payee/Description | | Disclosure | Borrower | Seller |
|---|---|---:|---:|---:|
| Law Office of Wanda Reif Nuxoll, PS<br>  Settlement Agent | (from GFE #4) | 1,690.00 | | |
| First American Title Insurance Company<br>  Lender's title insurance | (from GFE #4) | 1,012.92 | | |
| Law Office of Wanda Reif Nuxoll, PS<br>  Courier Fee | | 125.00 | | |
| Metropolitan Services LLC<br>  Signing | | 350.00 | | |
| Law Office of Wanda Reif Nuxoll, PS<br>  CPL Preparation | | 220.00 | | |
| Law Office of Wanda Reif Nuxoll, PS<br>  Document Preparation Fee | | 1,100.00 | | |
| Law Office of Wanda Reif Nuxoll, PS<br>  Payoff Processing Fee | | 350.00 | | |
| **Total Title Services and Lender's Title Insurance** | | **4,847.92** | | |

## Payoffs

| Payee/Description | | Disclosure | Borrower | Seller |
|---|---|---:|---:|---:|
| Cavalry SPV 1, LLC<br>  Payoff Cavalry SPV 1 LLC | | | 11,863.97 | |
| Principal Balance | | 11,142.27 | | |
| Additional Interest | | 721.70 | From: 08/29/18 Through: 02/25/21 @ 0.000000 Per Diem | |
| Total Payoff | | 11,863.97 | | |
| | | | | |
| Premier Bank Card LLC<br>  Payoff Premier Bankcard LLC | | | 460.45 | |
| Principal Balance | | 432.44 | | |
| Additional Interest | | 28.01 | From: 08/29/18 Through: 02/25/21 @ 0.000000 Per Diem | |
| Total Payoff | | 460.45 | | |
| | | | | |
| Midland Funding LLC<br>  Payoff Midland Funding LLC | | | 1,028.72 | |
| Principal Balance | | 966.14 | | |
| Additional Interest | | 62.58 | From: 08/29/18 Through: 02/25/21 @ 0.000000 Per Diem | |
| Total Payoff | | 1,028.72 | | |
| | | | | |
| Evergreen Health<br>  Payoff Evergreen Health | | | 2,189.03 | |
| Principal Balance | | 2,055.87 | | |
| Additional Interest | | 133.16 | From: 08/29/18 Through: 02/25/21 @ 0.000000 Per Diem | |
| Total Payoff | | 2,189.03 | | |
| | | | | |
| Puget Sound Energy<br>  Payoff Puget Sound Energy | | | 1,797.83 | |
| Principal Balance | | 1,688.47 | | |
| Additional Interest | | 109.36 | From: 08/29/18 Through: 02/25/21 @ 0.000000 Per Diem | |
| Total Payoff | | 1,797.83 | | |
| | | | | |
| King County Superior Court<br>  Payoff King County Superior Court | | | 8,936.98 | |
| Principal Balance | | 8,393.33 | | |
| Additional Interest | | 543.65 | From: 08/29/18 Through: 02/25/21 @ 0.000000 Per Diem | |

Certified to be a true copy of the original
Printed on 02/25/21 at 10:18:00AM by Wanda.Nuxoll
CERTIFIED COPY                               Page 1 of 2                           191942-22 / 41

Case 18-13383-CMA    Doc 220    Filed 03/22/21    Ent. 03/22/21 09:30:20    Pg. 5 of 6

## Amended Final HUD-1, Attachment

Total Payoff     8,936.98

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

*Wanda Reif Nuxoll*

Law Office of Wanda Reif Nuxoll, PS
Settlement Agent

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

*Wanda Reif Nuxoll*

Law Office of Wanda Reif Nuxoll, PS
Settlement Agent

Certified to be a true copy of the original
Printed on 02/25/21 at 10:18:00AM by Wanda.Nuxoll     191942-22 / 41
CERTIFIED COPY
Page 2 of 2

Case 18-13383-CMA    Doc 220    Filed 03/22/21    Ent. 03/22/21 09:30:20    Pg. 6 of 6